**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS                Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                        MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Joyce Mutisya

Civil Case # 1:26-cv-01187-RLY-TAB

**NOTICE OF APPEARANCE**

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Joyce Mutisya.

Dated: June 22, 2026.                              Respectfully submitted,

                                                   */s/ Thomas Wm. Arbon*
                                                   Thomas Wm. Arbon, TX Bar No. 01284275
                                                   **Ben Martin Law Group, PLLC**
                                                   3500 Maple Avenue, Suite 400
                                                   Dallas, TX 75219
                                                   Tel.:  (214) 761-6614
                                                   Fax:  (214) 744-7590
                                                   tarbon@bencmartin.com

                                                   ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon